UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-20019-CIV-KING

FRANCES CHERFILS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DENY THIS MOTION TO VACATE ON THE MERITS

THIS CAUSE comes before the Court upon the April 7, 2009 Report and Recommendations ("R&R") of Magistrate Judge Patrick A. White (D.E. #9), recommending that this Motion to Vacate be denied both as procedurally barred and on the merits. The Plaintiff has not filed any objections to the R&R, and the time to do so has passed.

After a thorough review of the record, the Court concludes that the R&R contains well-reasoned recommendations.

Accordingly, the Court being otherwise fully advised, it is ORDERED, ADJUDGED, and DECREED that Magistrate Judge Patrick A White's April 7, 2009 R&R (**D.E. #9**) be, and the same is hereby, **AFFIRMED and ADOPTED.**

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 27th day of April, 2009.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **Magistrate Judge Patrick A. White**

### *Counsel for Plaintiff*

**Frances Cherfils**
DC #B04672
Moore Haven Correctional Facility
P.O. Box 718501
1900 East State Road 78 NW
Moore Haven, FL 33471
PRO SE

### *Counsel for Defendant*

**Noticing 2255 US Attorney**

**Anne Ruth Schultz**
United States Attorney's Office
99 NE 4 Street
Miami , FL 33132
305-961-9117

**Susan R. Osborne**
United States Attorney's Office
99 NE 4 Street
Miami , FL 33132

2